# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Demetrius Montgomery,

                Plaintiff,        Case No. 14-cv-11477
                                       Hon. Judith E. Levy
v.                                         Mag. Judge Michael Hluchaniuk

R. Stromberg,

                Defendant.

_____/

## ORDER ADOPTING THE REPORT AND RECOMMENDATION [15]

This is a prisoner civil rights case. Before the Court is Magistrate Judge Hluchaniuk's Report and Recommendation (Dkt. 18) recommending the Court, *sua sponte* dismiss plaintiff's complaint for failure to prosecute, issued November 13, 2014. The parties were required to file specific written objections by December 1, 2014, which is longer than the fourteen-day period normally afforded under the applicable rules. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. Accordingly, and on review of the Report and Recommendation,

The Report and Recommendation (Dkt. 15) is ADOPTED; and

Plaintiff's complaint (Dkt. 12) is DISMISSED.

IT IS SO ORDERED.

Dated: December 10, 2014       s/Judith E. Levy
Ann Arbor, Michigan       JUDITH E. LEVY
     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 10, 2014.

     s/Felicia M. Moses
     FELICIA M. MOSES
     Case Manager